UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No.: 3:95-488-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDRE MANIGAULT | ) | |
| | ) | |

The defendant has filed a *pro se* motion to modify his sentence under 18 U.S.C. §3582, pursuant to Amendment 750 of the United States Sentencing Guidelines. The government is respectfully requested to respond to this motion within thirty days.

The United States Probation Office is requested to prepare and file a Sentence Reduction Report to assist the court in determining if the defendant is eligible for a reduction of his sentence under Amendment 750.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

Joseph F. Anderson, Jr.
United States District Judge

September 13, 2012
Columbia, South Carolina